■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN WAY, Appellant.—Judgment, Supreme Court, New York County (Sheldon Levy, J.), rendered on November 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Lynch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAMIE CANTY, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 16, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL WHITEHURST, Appellant.—Judgment, Supreme Court, Bronx County (Jerome Hornblass, J.), rendered on or about January 8, 1985, unanimously affirmed, and motion to change caption of this action is denied. No opinion. Concur—Carro, J. P., Fein, Lynch, Kassal and Ellerin, JJ.

■ PERMA SYSTEM SUN CONTROL, INC., Appellant, v KENT KARLSSON, Respondent.—Order, Supreme Court, New York County (Eugene Wolin, J.), entered on or about June 9, 1986, unanimously affirmed, without prejudice to application at arbitration, without costs and without disbursements. No opinion. Concur—Carro, J. P., Fein, Lynch, Kassal and Ellerin, JJ.